```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                   06-CV-4596(JMR/AJB)
```

| | |
|---|---|
| Narin Prasert Vong ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Jon Loftness, Carol Holinka, and ) | |
| Richard Lewis ) | |

On July 30, 2007, the Honorable Arthur J. Boylan, United States Magistrate Judge, issued a Report and Recommendation in this matter. Neither party filed objections to the Report pursuant to Local Rule 72.1(c)(2).

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for default judgment against each defendant for the amount requested in the original complaint is denied [Docket No. 19].

2. Plaintiff Vong fully comply with Fed. R. Civ. P. 4(i)(1).

3. Plaintiff Vong fully comply with the requirements under Fed. R. Civ. P. 4(i)(2)(B) in order to effect service with respect to individual capacity claims.

4. Upon Plaintiff's request, he should be provided additional USMS Form 285s for the purposes of making service on the United States and the three individual defendants, pursuant to Fed. R. Civ. P. 4(i)(2)(B).

Dated:  September 21, 2007

                                                    s/James M. Rosenbaum
                                                    JAMES M. ROSENBAUM
                                                    United States Chief District Judge