UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NARIN PRASERT VONG,                                            CIVIL NO. 06-4596 (JMR/AJB)

      PLAINTIFF,

V.                                                                                              **ORDER**

JON LOFTNESS, ET AL.,

      DEFENDANTS.

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated May 1, 2008. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [Docket No. 48] is **GRANTED** and that Plaintiff's Complaint [Docket No. 1] in this matter is thereby **DISMISSED WITH PREJUDICE**.

Dated: June 26, 2008

                                                                                                        s/James M. Rosenbaum
                                                                                                           The Honorable James M. Rosenbaum
                                                                                                           United States District Court